No. 274. PASADENA RESEARCH LABORATORIES, INC. ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

854

*R. Welton Whann* and *Robert M. McManigal* for petitioners. *Solicitor General Perlman, Robert S. Erdahl* and *Josephine H. Klein* for the United States.